# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:23-CR-00052 (WLS-TQL-1) |
| | : |
| RODOLFO PULIDO-UTRERA, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

On March 4, 2024, the United States Probation Office requested a continuance of Defendant's sentencing hearing via memorandum. Therein, the Probation Office explains that additional time is necessary to permit Defendant to review the presentence investigation report for the 35-day disclosure period allotted by statute. The Probation Office further notes that there is little chance of the continuance causing or resulting in an over-service of confinement for Defendant.

Based on the stated reasons in the memorandum, the Court finds that a short continuance of Defendant's sentencing in this matter is appropriate. Accordingly, it is hereby **ORDERED** that Defendant's sentencing hearing currently set to take place on March 7, 2024, is **CANCELED**. Defense Counsel and the Government are **ORDERED** to immediately confer with the Courtroom Deputy to find a new time and date for Defendant's sentencing hearing.

**SO ORDERED**, this 5th day of March 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1